UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Catherine Dreier, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:13-cv-00605 |
| ) | |
| Portfolio Recovery ) | Magistrate Judge Brown |
| Associates, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter is set for a case management conference on Monday, August 26, 2013, at 10:30 a.m. At the request of Plaintiff's counsel, the initial case management conference is **CONTINUED** to **Thursday, September 26, 2013, at 10:30 a.m**. The parties should comply with the original notice in this matter (Docket Entry 3) insofar as submitting a proposed plan.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge